# United States Court of Appeals
## For the First Circuit

No. 08-1493

UNITED STATES OF AMERICA,

Appellee,

v.

FRANKLIN AZUBIKE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 29, 2009 is amended as follows:

On page 7, line 18, insert a period after "differences".

On page 9, line 9, insert the following after "<u>Id.</u>" and before "If": "Plausible, in this context, means reasonable."